IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:04cr49-T |
| KYLE STEPHENS WISENBAKER | ) | (WO) |

## ORDER

It is ORDERED as follows:

(1) The petition to modify the conditions of supervised release for defendant Kyle Stephens Wisenbaker (Doc. No. 22) is granted.

(2) The conditions of supervised release are modified as requested.

DONE, this the 20th day of May, 2005.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE